UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) INDICTMENT NO.
)
ALICIA NEWTON )
)
)
)

CR419-0180

ORDER

Based upon the application of the Government, and for good cause shown

therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed

until further Order of this Court, excepting only such disclosures as necessary to

effect service of process.

So ORDERED this ___7th___ day of November, 2019.

The Honorable Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia