UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR4:19-180 |
| ) | |
| ) | |
| ALICIA NEWTON     ) | |

## FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rules of Criminal Procedure 32.2(c) and 43(a), for a Final Order of in this ancillary proceeding in the above titled case.

On June 16, 2020, pursuant to a written plea agreement, Defendant Alicia Newton (hereinafter, the "Defendant") pled guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering, and agreed to the forfeiture of any property, real or personal, involved in or traceable to the charged offense, specifically, $71,087.00, one Samsung Galaxy S9 note, and one ZTE flip (Collectively, the "Subject Property"). *See* Dkt. Nos. 44 and 56.

Additionally, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

The Government has represented that it has completed all third-party noticing, including notice through publication through www.forfeiture.gov, an official government website. The Government has indicated that pursuant to 21 U.S.C. Section 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure the advertisement was run for 30 consecutive days between September 23, 2020 and October 22, 2020, and no claims were filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The United States' Motion for Final Order of Forfeiture is **GRANTED**;

2. The Subject Property is hereby forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by the Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are vested in the United States of America;

3. The Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are forever barred from asserting a claim against the Subject Property;

4. The United States Marshals Service or an authorized designee shall make arrangements to dispose of the Subject Property according to law and regulatory procedures; and

5. The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure upon the same terms and condition as outlined in this Final Order of Forfeiture.

SO ORDERED, this 5th day of January 2021.

Date: _____

_____
HON. WILLIAM T. MOORE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA